IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sivels, Ernest L

Printed: 1/29/08

Case Number: 05 B 40158
Judge: Wedoff, Eugene R

Filed: 9/26/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 13, 2007
Confirmed: November 10, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 9,000.00 |  |
| Secured: |  | 7,106.12 |
| Unsecured: |  | 0.00 |
| Priority: |  | 174.68 |
| Administrative: |  | 1,250.00 |
| Trustee Fee: |  | 469.20 |
| Other Funds: |  | 0.00 |
| Totals: | 9,000.00 | 9,000.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 1,250.00 | 1,250.00 |
| 2. | JP Morgan Chase Bank | Secured | 7,106.12 | 7,106.12 |
| 3. | Internal Revenue Service | Priority | 7,563.97 | 174.68 |
| 4. | JP Morgan Chase Bank | Unsecured | 277.73 | 0.00 |
| 5. | Portfolio Acquisitions | Unsecured | 636.48 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 2,131.29 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 814.00 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 2,835.43 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 348.18 | 0.00 |
| 10. | Long Beach Acceptance Corp | Unsecured | 5,164.37 | 0.00 |
| 11. | M&I Home Lending Solutions | Secured |  | No Claim Filed |
| 12. | Chicago Lakeshore Hospital | Unsecured |  | No Claim Filed |
| 13. | Aurora Health Care | Unsecured |  | No Claim Filed |
| 14. | Chicago Lakeshore Hospital | Unsecured |  | No Claim Filed |
| 15. | Chicago Lakeshore Hospital | Unsecured |  | No Claim Filed |
| 16. | Chicago Lakeshore Hospital | Unsecured |  | No Claim Filed |
| 17. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 18. | Calvin Meineke | Unsecured |  | No Claim Filed |
| 19. | Chase Manhattan | Unsecured |  | No Claim Filed |
| 20. | Holy Family Medical Center | Unsecured |  | No Claim Filed |
| 21. | Chicago Lakeshore Hospital | Unsecured |  | No Claim Filed |
| 22. | Mark Vexelman M D | Unsecured |  | No Claim Filed |
| 23. | Emergency Service | Unsecured |  | No Claim Filed |
| 24. | Clinical Associates | Unsecured |  | No Claim Filed |
| 25. | Mount Sinai Hospital Medical C | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Sivels, Ernest L

Printed:  1/29/08

Case Number:  05 B 40158
Judge:  Wedoff, Eugene R
Filed:  9/26/05

| | | | | |
|---|---|---|---|---|
| 26. | Home Depot | Unsecured | | No Claim Filed |
| 27. | Mount Sinai Hospital Medical C | Unsecured | | No Claim Filed |
| 28. | Montgomery Ward & Co Inc | Unsecured | | No Claim Filed |
| 29. | Pay Day Loans | Unsecured | | No Claim Filed |
| 30. | Northwestern Memorial Physicians Group | Unsecured | | No Claim Filed |
| 31. | Rush University | Unsecured | | No Claim Filed |
| 32. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 33. | Rush Behavioral Systems | Unsecured | | No Claim Filed |
| 34. | Rush University | Unsecured | | No Claim Filed |
| 35. | Rush University | Unsecured | | No Claim Filed |
| 36. | Rush University | Unsecured | | No Claim Filed |
| 37. | Rush University | Unsecured | | No Claim Filed |
| 38. | Rush University | Unsecured | | No Claim Filed |
| 39. | Anesthesia Care | Unsecured | | No Claim Filed |
| 40. | Sinai Health System | Unsecured | | No Claim Filed |
| 41. | Sinai Medical Group | Unsecured | | No Claim Filed |
| 42. | Village Of Radiology | Unsecured | | No Claim Filed |
| 43. | Sinai Health System | Unsecured | | No Claim Filed |
| 44. | Theodore Handrup | Unsecured | | No Claim Filed |
| 45. | Sinai Medical Group | Unsecured | | No Claim Filed |
| 46. | Sinai Medical Group | Unsecured | | No Claim Filed |
| 47. | Rush Presbyterian St Luke's Hospital | Unsecured | | No Claim Filed |
| 48. | Sinai Health System | Unsecured | | No Claim Filed |
| | | | $ 28,127.57 | $ 8,530.80 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 264.00 |
| 5% | 90.00 |
| 4.8% | 115.20 |
| | $ 469.20 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: